UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STACEY HARTNETT,

        Plaintiff,

   v.

PLACER COUNTY SUPERIOR COURT, et al.,

        Defendants.

No. 2:13-cv-1636-GEB-KJN PS

ORDER

     Plaintiff Stacey Hartnett, proceeding in this action without counsel, has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (ECF No. 2.)[1]

     Plaintiff's declaration in support of her application to proceed in forma pauperis states that she earns wages of $3,000.00 per month, which translates to gross income of approximately $36,000.00 per year. (ECF No. 2.) According to the United States Department of Health and Human Services, the poverty guideline for a person not residing in Alaska or Hawaii is $11,490 for 2013. See http://aspe.hhs.gov/poverty/13poverty.cfm. Thus, with an annual income of approximately $36,000.00, plaintiff's income is more than 300% of the 2013 poverty guideline.

---

[1] This case proceeds before the undersigned pursuant to E.D. Cal. L.R. 302(c)(21) and 28 U.S.C. § 636(b)(1).

1

1        Presently, a filing fee of $400 is required to commence a civil action in this court. The
2   court may authorize the commencement of an action "without prepayment of fees or security
3   therefor" by a person that is unable to pay such fees or provide security therefor. 28 U.S.C. §
4   1915(a)(1). Here, while the court is sympathetic to the fact that plaintiff does not earn a
5   substantial amount of annual income and has other expenses to pay, plaintiff's declaration
6   nonetheless shows that she earns over 300% of the 2013 poverty guideline. Thus, plaintiff has
7   made an inadequate showing of indigency. See Olivares v. Marshall, 59 F.3d 109, 112 (9th Cir.
8   1995); Alexander v. Carson Adult High Sch., 9 F.3d 1448, 1449 (9th Cir. 1993).

        For the foregoing reasons, IT IS HEREBY ORDERED that:

    1. Plaintiff's application to proceed in forma pauperis (ECF No. 2) is denied without prejudice.
    2. Within 28 days of this order, plaintiff shall pay the applicable filing fee or file an amended application demonstrating her entitlement to proceed in forma pauperis if she can do so in good faith. Plaintiff's failure to pay the filing fee or file an amended application by the above deadline will result in a recommendation that plaintiff's complaint be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED.

Dated: August 12, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2