UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACEY HARTNETT, | No. 2:13-cv-1636-GEB-KJN PS |
| Plaintiff, | |
| v. | |
| PLACER COUNTY SUPERIOR COURT, et al., | ORDER |
| Defendants. | |

On August 12, 2013, the court denied plaintiff's application to proceed in forma pauperis without prejudice.[1]  (ECF No. 3.)  The court ordered plaintiff to either pay the applicable filing fee or file an amended application demonstrating her entitlement to proceed in forma pauperis if she could do so in good faith.  (Id.)

On September 11, 2013, plaintiff filed a motion for reconsideration of the denial of in forma pauperis status.  (ECF No. 4.)  However, on September 26, 2013, plaintiff elected to pay the filing fee.

////

////

---

[1] This case proceeds before the undersigned pursuant to E.D. Cal. L.R. 302(c)(21) and 28 U.S.C. § 636(b)(1).

1

1    Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for reconsideration (ECF
2 No. 4) is DENIED AS MOOT.
3 Dated: September 27, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE