PLACER COUNTY COUNSEL'S OFFICE
Renju P. Jacob (SBN 242388)
175 Fulweiler Avenue
Auburn, California  95603
Telephone:  (530) 889-4044
Facsimile:   (530) 889-4069

Attorneys for Defendants COUNTY OF PLACER, PLACER COUNTY DEPARTMENT OF HEALTH AND HUMAN SERVICES, RICHARD J. BURTON, KEVIN HENDERSON, DIANA RYAN, H. PAUL SANDERS, APRIL CAREW, KATHY TANNER, KAREN SCHLANGER, TOM LIND, CANDYCE SKINNER, and ROMNEY LYNN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Stacey Victoria Hartnett,<br><br>　　　　　　　Plaintiff,<br><br>　　　　vs.<br><br>COUNTY OF PLACER, a public entity; PLACER COUNTY DEPARTMENT OF HEALTH AND HUMAN SERVICES (CSOC), a public entity, PLACER COUNTY COURT APPOINTED SPECIAL ADVOCATES (CASA), a public entity, RICHARD J. BURTON, M.D., M.P.H., DIRECTOR, as an individual and in official capacity; KEVIN HENDERSON, as an individual and in official capacity; DIANA RYAN, Program Supervisor, as an individual and in official capacity; H. PAUL SANDERS, as an individual and in official capacity; April Carew, as an individual and in official capacity; KATHY TANNER, as an individual and in official capacity; KAREN SCHLANGER, as an individual and in official capacity; TOM LIND, as an individual and in official capacity; CANDACE SKINNER, as an individual and in official capacity; ROMNEY LYNN, as an individual and in official capacity; DON KLEINDER, CASA DIRECTOR, as an | **Case No.  2:13-cv-1636-GEB-KJN**<br><br>**STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT** |

1

Stipulation and Proposed Order re Extension of Time to File Answer to Complaint

|   |   |
|---|---|
| individual and in official capacity; TAMARA LARSON, CASA worker as an individual and in official capacity; CHRISTINE TAYLOR BROWN, as an individual and Does 1 through 25, inclusive, | ) ) ) ) ) ) |
| Defendants. | ) ) |

IT IS HEREBY STIPULATED between Plaintiff Stacey Victoria Hartnett and Defendants Placer County, Placer County Health and Human Services (CSOC), Richard J. Burton, Kevin Henderson, Diana Ryan, H. Paul Sanders, April Carew, Kathy Tanner, Karen Schlanger, Candace Skinner, Tom Lind, and Romney Lynn that the time for these defendants and other defendants to respond to the operative complaint shall be September 12, 2014.  The time to respond is being extended to facilitate any necessary assignment of counsel for remaining defendants, to reduce the number of responses to the operative complaint as a result of different dates of service on defendants, and to provide additional time to permit relation of cases, so that the motions are not heard before different judges.

Pursuant to Local Rule 144(a), stipulations in excess of 28 days to answer or otherwise respond to a complaint do require court approval.

IT IS SO STIPULATED.

Dated:  July 10, 2014                                              PLACER COUNTY COUNSEL'S OFFICE

By:     */s/ Renju Jacob*

RENJU JACOB
Attorneys for Defendants COUNTY OF PLACER, PLACER COUNTY DEPARTMENT OF HEALTH AND HUMAN SERVICES, RICHARD J. BURTON, KEVIN HENDERSON, DIANA RYAN, H. PAUL SANDERS, APRIL CAREW, KATHY TANNER, KAREN SCHLANGER, TOM LIND, CANDYCE SKINNER, and ROMNEY LYNN

Dated: July 10, 2014            By:     */s/ Strowbridge Blasdel Richardson*

                                                             STROWBRIDGE BLASDEL RICHARDSON
                                                             Attorney for Stacey Hartnett

### ORDER

Pursuant to the parties' stipulation, the time to respond to the operative complaint is hereby extended to September 12, 2014.

IT IS SO ORDERED:

Dated: July 11, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge