UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Stacey Victoria Hartnett,<br><br>        Plaintiff,<br><br>    v.<br><br>County of Placer, a public entity; et al.,<br><br>        Defendants. | No. 2:13-cv-01636-GEB-KJN<br><br>**RELATED CASE ORDER** |
| Stacey Victoria Hartnett,<br><br>        Plaintiff,<br><br>    v.<br><br>County of Placer, a public entity; et al.,<br><br>        Defendants. | No. 2:14-cv-01604-KJM-CKD |

Defendants Placer County, Placer County Health and Human Services (CSOC), Richard J. Burton, Kevin Henderson, Diana Ryan, H. Paul Sanders, April Carew, Kathy Tanner, Karen Schlanger, Candyce Skinner, Tom Lind and Romney Lynn filed a "Notice of Related Cases" in which they state:

> [The above-captioned] cases involve the same parties, the same claims, and the same transactions and events. One of the cases originated in state court and has been

> removed. Aside from the caption page and the second paragraph concerning jurisdiction, both complaints appear to be identical.
>
> The similarities of the parties, claims, and underlying allegations weigh in favor of reassignment because it would further judicial efficiency. L.R. 123(a)(3)-(4). These . . . Defendants may file a motion to dismiss in both cases on September 12, 2014, and a stipulation and proposed order has been presented to the Court regarding the extension of time to respond. Having one Judge instead of two preside over this set of motions would be vastly more efficient because it [w]ould eliminate the need for one Judge to rule on a motion and given the identical nature of the cases, judicial resources would be conserved. Additional judicial resources would be conserved should the cases continue after the motions to dismiss hearings are heard.

(Notice of Related Cases 1:14-2:3, ECF No. 27.)

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123. Under the regular practice of this Court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned. Therefore, case No. 2:14-cv-01604 is reassigned to Judge Garland E. Burrell, Jr., and Magistrate Judge Kendall J. Newman for all further proceedings, and any date currently set in the reassigned case is VACATED. Henceforth the caption on documents filed in the reassigned case shall show the initials "GEB-KJN."

Further, a Status Conference is scheduled in case No. 2:14-cv-01604 before the undersigned judge on August 18, 2014 at 9:00 a.m. A joint status report shall be filed no later than fourteen (14) days prior.[1]

---

[1] The failure of one or more of the parties to participate in the

2

1    The Clerk of the Court shall make appropriate
2 adjustment in the assignment of civil cases to compensate for
3 this reassignment.
4 Dated: July 11, 2014

```
                              _____
                              GARLAND E. BURRELL, JR.
                              Senior United States District Judge
```

---

preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order. In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.

3