UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Stacey Victoria Hartnett,

Plaintiff,

v.

COUNTY OF PLACER, a public entity; PLACER COUNTY DEPARTMENT OF HEALTH AND HUMAN SERVICES (CSOC), a public entity; PLACER COUNTY COURT APPOINTED SPECIAL ADVOCATES (CASA), a public entity; RICHARD J. BURTON, M.D., M.P.H., DIRECTOR as an individual and-in official capacity; KEVIN HENDERSON, as an individual and-in official capacity; DIANA RYAN, Program Supervisor, as an individual and-in official capacity; H. PAUL SANDERS, as an individual and-in official capacity; APRIL CAREW, as an individual, and-in official capacity; KATHY TANNER, as an individual, and-in official capacity; KAREN SCHLANGER, as an individual and-in official capacity; CANDACE SKINNER, as an individual and-in official capacity; TOM LIND, as an individual and-in official capacity; ROMNEY LYNN, as an individual and-in official capacity; DON KLEINDER, CASA DIRECTOR, as an individual and-in, official capacity; TAMARA LARSON, CASA worker as an individual and-in official capacity; and Does 1 through

No. 2:13-cv-01636-GEB-KJN

**ORDER DENYING MOTION TO DISMISS, AND IN THE ALTERNATIVE, STAY**

25 inclusive,

Defendants.*

On January 2, 2014, Defendant Placer County Health and Human Services and former Defendant Placer County Sheriff's Dept. filed a Motion to Dismiss, and in the Alternative, Stay. (ECF No. 13.) However, Plaintiff filed a Third Amended Complaint on June 6, 2014, which is now the operative pleading. See Hal Roach Studios, Inc. v. Richard Feiner & Co., Inc., 896 F.2d 1542, 1546 (9th Cir. 1989) (stating "an amended pleading supersedes the original").

Since the referenced motion does not address the operative pleading, it is DENIED.

Dated: September 16, 2014

GARLAND E. BURRELL, JR.
Senior United States District Judge

* The caption has been amended to reflect the dismissal of Defendant Christine Taylor Brown. (See ECF No. 32.)