Strowbridge B. Richardson
Attorney at Law
California State Bar #187719
P.O. Box 1066
Newcastle, Ca 95658
Office & FAX (530) 887-9911
Mobile Phone (916) 601-9911
Attorney for Plaintiff, Stacey Victoria Hartnett

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Stacey Victoria Hartnett** | No. 2:13-cv-1636-GEB-KJN |
| Plaintiff, | |
| vs. | **PROPOSED ORDER TO CONTINUE MOTION TO DISMISS & STATUS CONFERENCE HEARINGS** |
| **COUNTY OF PLACER**, a public entity; **PLACER COUNTY DEPATMENT OF HEALTH AND HUMAN SERVICES** (CSOC), a public entity, **PLACER COUNTY COURT APPOINTED SPECIAL ADVOCATES (CASA)**, a public entity **RICHARD J. BURTON, M.D., M.P.H., DIRECTOR** as an individual and-in official capacity; **KEVIN HENDERSON**, as an individual and-in official capacity; **DIANA RYAN**, Program Supervisor, as an individual and-in official capacity; **H. PAUL SANDERS,** as an individual and-in official capacity; **APRIL CAREW,** as an individual, and-in official capacity; **KATHY TANNER,** as an individual, and-in official capacity; **KAREN SCHLANGER**, as an individual and-in official capacity; **CANDACE SKINNER,** as an individual and-in official capacity; **TOM LIND**, as an individual and-in official capacity; **ROMNEY LYNN**, as an individual and-in official capacity; **DON KLEINDER, CASA DIRECTOR,** as an individual and-in | |

official capacity; **TAMARA LARSON**, CASA worker as an individual and-in official capacity; **CHRISTINE TAYLOR BROWN,** as an individual and Does 1 through 25 inclusive,

Defendants.
_____

**After Reviewing the parties Stipulation for Requests for Continuance of the hearings for Defendants' Motions to Dismiss, scheduled November 17, 2014, and Status Conference scheduled November 24, 2014, are approved.**

1. **It is Ordered** that Defendant's Motions to Dismiss the above entitled action, scheduled November 17, 2014, **is rescheduled to January 20, 2015, at 9:00 a.m.**

2. **It is Ordered** that the Status Conference scheduled November 24, 2014, **is rescheduled to March 23, 2015 at 9:00 a.m. A joint status report shall be filed fourteen days prior to the hearing.**

Dated: October 28, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

PROPOSED ORDER