PLACER COUNTY COUNSEL'S OFFICE
Crystal M. Center (SBN 287845)
175 Fulweiler Avenue
Auburn, California 95603
Telephone: (530) 889-4044
Facsimile: (530) 889-4069

Attorneys for Defendants COUNTY OF PLACER, PLACER COUNTY DEPARTMENT OF HEALTH AND HUMAN SERVICES, RICHARD J. BURTON, KEVIN HENDERSON, DIANA RYAN, H. PAUL SANDERS, APRIL CAREW, KATHY TANNER, KAREN SCHLANGER, TOM LIND, CANDYCE SKINNER, and ROMNEY LYNN

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Stacey Victoria Hartnett, | Case No. 2:13-cv-1636-GEB-KJN |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT** |
| vs. | |
| COUNTY OF PLACER, a public entity; PLACER COUNTY DEPARTMENT OF HEALTH AND HUMAN SERVICES (CSOC), a public entity, PLACER COUNTY COURT APPOINTED SPECIAL ADVOCATES (CASA), a public entity, RICHARD J. BURTON, M.D., M.P.H., DIRECTOR, as an individual and in official capacity; KEVIN HENDERSON, as an individual and in official capacity; DIANA RYAN, Program Supervisor, as an individual and in official capacity; H. PAUL SANDERS, as an individual and in official capacity; April Carew, as an individual and in official capacity; KATHY TANNER, as an individual and in official capacity; KAREN SCHLANGER, as an individual and in official capacity; TOM LIND, as an individual and in official capacity; CANDACE SKINNER, as an individual and in official capacity; ROMNEY LYNN, as an individual and in official capacity; DON KLEINDER, CASA DIRECTOR, as an | |

1

Stipulation and Proposed Order re Extension of Time to File Answer to Complaint

| | |
|---|---|
| individual and in official capacity; TAMARA LARSON, CASA worker as an individual and in official capacity; and Does 1 through 25, inclusive, | )<br>)<br>)<br>) |
| Defendants. | )<br>)<br>) |

IT IS HEREBY STIPULATED between Plaintiff Stacey Victoria Hartnett and Defendants Placer County, Placer County Health and Human Services (CSOC), Richard J. Burton, Kevin Henderson, Diana Ryan, H. Paul Sanders, April Carew, Kathy Tanner, Karen Schlanger, Candace Skinner, Tom Lind, Romney Lynn, Don Kleinder and Tamara Larson that the time for these Defendants to respond to the operative complaint shall be extended to **April 30, 2015**.  The time to respond is being requested to allow Crystal M. Center, counsel for Placer County defendants, who will be on maternity leave beginning on or before February 4, 2015 until on or about April 8, 2015, adequate time to respond to Plaintiff's complaint following the decision rendered by the court on Defendants' Motions to Dismiss currently set for hearing on January 20, 2015.

Pursuant to Local Rule 144(a), stipulations in excess of 28 days to answer or otherwise respond to a complaint must be approved by the Court.

IT IS SO STIPULATED.

Dated:  January 10, 2015                               PLACER COUNTY COUNSEL'S OFFICE

                                                By:      */s/ Crystal M. Center*

                                                CRYSTAL CENTER
                                                Attorneys for Defendants COUNTY OF PLACER, PLACER COUNTY DEPARTMENT OF HEALTH AND HUMAN SERVICES, RICHARD J. BURTON, KEVIN HENDERSON, DIANA RYAN, H. PAUL SANDERS, APRIL CAREW, KATHY TANNER, KAREN SCHLANGER, TOM LIND, CANDYCE SKINNER, and ROMNEY LYNN

Dated:          By:          _____

STROWBRIDGE BLASDEL RICHARDSON
Attorney for Stacey Hartnett

Dated:          By:          _____

Ron Enabnit
Attorney for DON KLEINDER, CASA and
TAMARA LARSON, CASA

### ORDER

Pursuant to the parties' stipulation, the time to respond to the operative complaint is hereby extended to **April 30, 2015.**

IT IS SO ORDERED.

Dated:  January 16, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

---

3

Stipulation and Proposed Order re Extension of Time to File Answer to Complaint